UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONALD W. SMITH                                    CIVIL ACTION

VERSUS                                             NUMBER: 12-0400

MICHAEL J. ASTRUE,                                 SECTION: "N"(5)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and

Recommendation filed by the plaintiff on March 19, 2013 (Rec. Doc. No. 22), hereby approves the

Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is denied and that

defendant's motion for summary judgment is granted.

New Orleans, Louisiana, this 21st day of March, 2013.

UNITED STATES DISTRICT JUDGE