UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONALD W. SMITH                                     CIVIL ACTION

VERSUS                                              NUMBER: 12-0400

MICHAEL J. ASTRUE,                                  SECTION: "N"(5)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on March 19, 2013 (Rec. Doc. No. 22), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is denied and that defendant's motion for summary judgment is granted.

New Orleans, Louisiana, this 21st day of March, 2013.

UNITED STATES DISTRICT JUDGE